UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| RITA PIMENTAL dba RITA'S CAFÉ, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>MERCHANT CAPITAL SOURCE, LLC,<br><br>　　　　　Defendant. | CASE NO. SACV11-00918 CJC-RNBx<br><br>**[PROPOSED] ORDER APPROVING THE PARTIES' STIPULATED PROTECTIVE ORDER** |

GOOD CAUSE APPEARING, the Court hereby approves the Protective Order in this action.

DATED: December 13, 2011

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　HONORABLE ROBERT N. BLOCK
　　　　　　　　　　　　　　　　　United States Magistrate Judge

472212.1